|  |  |  |
|---|---|---|
| | ) | |
| JOHN and JANE PARENTS 1, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | Civil Action No. 8:20-cv-3552-PWG |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MONTGOMERY COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

## CONSENT ORDER

This matter is before the Court on the Proposed Consent Order Regarding Amicus Briefs filed by Defendants Montgomery County Board of Education ("Board of Education"); Shebra L. Evans, Brenda Wolff, Jeanette E. Dixon, Judith Docca, Patricia B. O'Neill, Karla Silvestre, and Rebecca Smondrowski, individually and in their official capacities as Members of the Board of Education; and Jack R. Smith, individually and in his official capacities as a Member of the Board of Education and Montgomery County Superintendent of Schools.

The Court hereby ORDERS that any amicus briefs shall be filed within seven days after the principal brief for the party they are supporting, and amicus briefs shall otherwise comply with the Court's Standing Order 2018-07.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record. IT IS SO ORDERED.

Entered this \_\_\_\_ of January, 2021

_____
The Honorable Paul W. Grimm
United States District Judge