UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOHN and JANE PARENTS 1, et al., | ) )  ) |
| *Plaintiffs*, | ) Civil Action No. 8:20-cv-3552-PWG ) |
| v. | ) ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

## MOTION TO DISMISS COMPLAINT

Defendants Montgomery County Board of Education ("Board of Education"); Shebra L. Evans, Brenda Wolff, Jeanette E. Dixon, Judith Docca, Patricia B. O'Neill, Karla Silvestre, and Rebecca Smondrowski, individually and in their official capacities as Members of the Board of Education; and Jack R. Smith, individually and in his official capacities as a Member of the Board of Education and Montgomery County Superintendent of Schools, hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss with prejudice all claims brought against them in Counts I through VII of the Complaint, ECF No. 7. The grounds supporting this Motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court dismiss with prejudice all claims brought against them in the Complaint.

| | |
|---|---|
| Dated:  February 5, 2021 | Respectfully submitted,<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION; SHEBRA L. EVANS, BRENDA WOLFF, JEANETTE E. DIXON, JUDITH DOCCA, PATRICIA B. O'NEILL, KARLA SILVESTRE, and REBECCA SMONDROWSKI, *individually and in their official capacities as Members of the Montgomery County Board of Education*; and JACK R. SMITH, *individually and in his official capacities as a Member of the Montgomery County Board of Education and Montgomery County Superintendent of Schools*<br><br>By Counsel<br><br>/s/ Alex Tucker Stewart<br>Paul R.Q. Wolfson (*pro hac vice*)<br>Bruce M. Berman (*pro hac vice*)<br>Alex Tucker Stewart (D. Md. Bar No. 19633)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000 (phone)<br>(202) 663-6363 (fax)<br>paul.wolfson@wilmerhale.com<br>bruce.berman@wilmerhale.com<br>alex.stewart@wilmerhale.com<br><br>Alan E. Schoenfeld (*pro hac vice*)<br>Simon B. Kress (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 937-7518 (phone)<br>(212) 230-8888 (fax)<br>alan.schoenfeld@wilmerhale.com<br>simon.kress@wilmerhale.com<br><br>*Counsel for Defendants* |