UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOHN and JANE PARENTS 1, et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 8:20-cv-3552-PWG ) |
| v. | ) ) ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

It is hereby

ORDERED that Defendants' Motion to Dismiss, ECF No. ___, be and hereby is GRANTED. It is further

ORDERED that all claims brought against Defendants in Counts I through VII of the Complaint, ECF No. 7, be and hereby are DISMISSED WITH PREJUDICE.

Entered this ____ of _____, 2021

_____
The Honorable Paul W. Grimm
United States District Judge