**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **JOHN AND JANE PARENTS 1,** *et al.*, | * |
| *Plaintiffs,* | * |
| v. | *    Case No. 8:20-3552-PWG |
| **MONTGOMERY COUNTY BOARD OF EDUCATION,** *et al.*, | * |
| *Defendants.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the Memorandum Opinion signed this same date, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss Complaint, ECF No. 32, is GRANTED.

2. Plaintiff's Complaint, ECF No. 7, is DISMISSED:

   a. Plaintiff's as applied challenge in Count VI of the Complaint is dismissed WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND. *See Britt v. DeJoy*, No. 20-1620, (4th Cir., August 17, 2022), *on reh'g en banc*.

   b. Plaintiff's 42 U.S.C. § 1983 claim based on an as applied challenge in Count VII of the Complaint is dismissed WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND. *Id.*

   c. The balance of the Plaintiff's Complaint is dismissed WITH PREJUDICE, and WITHOUT LEAVE TO AMEND. *Id.*

3. This Order constitutes a final judgment.

4. The Clerk is directed to close this case.


Dated: August 18, 2022                                              /S/
                                                            Paul W. Grimm
                                                            United States District Judge