**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____     \*

                                                        \*

v.                                                           \*       **Case No.** _____

                                                        \*

_____     \*

## NOTICE OF APPEAL

Notice is hereby given that _____,
(fill in names of **all** parties who are appealing)

_____ in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the _____
(indicate order or judgment)

entered in this case on _____.

                                                                                   s/ Frederick W. Claybrook, Jr.
_____                    _____
Date                                                                      Signature

                                                                      _____
                                                                      Printed Name and Bar Number

                                                                      _____
                                                                      Address

                                                                      _____
                                                                      Email Address

                                                                      _____
                                                                      Telephone Number

                                                                      _____
                                                                      Fax Number