IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JOHN & JANE PARENTS 1,** *et al.*

 **Plaintiffs**

 v.    Civ. No. DLB-20-3552

**MONTGOMERY COUNTY**
**BOARD OF EDUCATION,** *et al.*

 **Defendants**

## ORDER

In 2020, three parents whose children attended Montgomery County Public Schools sued the Montgomery County Board of Education (the "Board") and several individual defendants in state court. ECF 7. They alleged that a Board policy allowing Montgomery County schools to develop gender support plans for students without involving the parents and to withhold information about a student's plan from that student's parents violated their Fourteenth Amendment fundamental right to raise their children, federal law, and state law. *Id.*

The defendants removed the case from Maryland state court to this court and then moved to dismiss. ECF 1, 32. This court granted the motion and dismissed the case, and the parents appealed the dismissal of their Fourteenth Amendment claim to the United States Court of Appeals for the Fourth Circuit. ECF 61, 62. The Fourth Circuit concluded that the plaintiffs—who did not allege that the defendants were withholding information about their children or that there was a substantial risk that information about their children would be withheld in the future—did not have standing to bring the claim because they did not allege a cognizable injury. *John & Jane Parents 1 v. Montgomery Cnty. Bd. of Educ.*, 78 F.4th 622, 626 (4th Cir. 2023). The Fourth Circuit vacated

and remanded this case for this Court to enter an order dismissing the case for lack of standing. *Id.*

Accordingly, it is, this 16 day of October, 2023, hereby ordered that, for the reasons stated by the Fourth Circuit, this case is dismissed without prejudice for lack of standing.

_____
Deborah L. Boardman
United States District Judge